IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

|  |  |
|---|---|
| BARBARA RUSHFORD, EXECUTOR, ) | CIVIL ACTION NO. MDL 875 |
| FOR THE ESTATE OF JOHN PIANKO, ) | |
| ) | EDPA File 10-CV-78913 |
| Plaintiff, ) | |
| ) | USDC, DISTRICT OF CONN. |
| v. ) | Civil Action No. 3:09-cv-01053-VLB |
| ) | |
| GENERAL ELECTRIC COMPANY, ) | |
| ET AL. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF SUBSTITUION OF COUNSEL FOR
DEFENDANT AIR & LIQUID SYSTEMS CORPORATION,
AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.**

To the Clerk:

Kindly withdraw the appearance of Jennifer Hatch, Esq. as counsel for Defendant

Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc., and

substitute the appearance of Sarah E. O'Leary, Esq. in the above-referenced matter.

Respectfully submitted,

Air & Liquid Systems Corp., as Successor
by Merger to Buffalo Pumps, Inc.,
By its attorneys,

*/s/ Sarah E. O'Leary*
Sarah E. O'Leary, #634853
Governo Law Firm LLC
Two International Place, 15th Floor
Boston, MA  02110
Phone:  (617) 737-9045
Fax: (617) 737-9046
soleary@governo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2010, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

*/s/ Sarah E. O'Leary*
Sarah E. O'Leary